IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIM BAKALEKOS, Individually and on Behalf
of all Others Similarly Situated                                    PLAINTIFF

v.                            No. 4:15-cv-160-DPM

SAFECO INSURANCE COMPANY
OF INDIANA                                                          DEFENDANT

ORDER

The Court notes and appreciates Bakalekos's notice of dismissal, № 9.

FED. R. CIV. P. 41(a)(1)(A)(i). The complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2015