IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIM BAKALEKOS, Individually and on Behalf
of all Others Similarly Situated                                    PLAINTIFF

v.                            No. 4:15-cv-160-DPM

SAFECO INSURANCE COMPANY
OF INDIANA                                                          DEFENDANT

JUDGMENT

The class-action-complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2015